■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LOVE, Appellant. [2 NYS3d 810]—

Appeal by the defendant from a judgment of the County Court, Suffolk County (Efman, J.), rendered May 24, 2013, convicting him of criminal sale of a controlled substance in the second degree and conspiracy in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of the sole contention he raises on this appeal (*see generally People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133, 144-145 [2014]). Skelos, J.P., Sgroi, Maltese and Duffy, JJ., concur.